█ In the Matter of MARISSA A. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WILLIAM L., Appellant. [813 NYS2d 689]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered October 19, 2004 in a proceeding pursuant to Social Services Law § 384-b. The order granted petitioner's motion to revoke a suspended judgment and terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.